# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WILLARD WILSON WHITE III,<br><br>Defendant. | CR-18-97-GF-BMM<br><br><br><br>ORDER |

Upon the unopposed motion, and for good cause shown,

The United States' motion to allow the witness to testify via video from Kansas City for the trial scheduled on June 10, 2019, in Great Falls, Montana, is GRANTED.

DATED this 5th day of June, 2019.

_____
Brian Morris
United States District Court Judge