RACHEL JULAGAY
Assistant Federal Defender
Federal Defenders of Montana
Great Falls Office
104 2nd Street South, Suite 301
Great Falls, MT 59401
E-mail: rachel_julagay@fd.org
Phone:  (406) 727-5328
Fax: (406) 727-4329
       Attorneys for Defendant

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WILLARD WILSON WHITE,<br><br>Defendant. | Case No. CR-18-97-GF-BMM<br><br>**DEFENDANT'S NOTICE OF RECEIPT OF ADDITIONAL DISCOVERY** |

NOTICE IS HEREBY GIVEN that Willard Wilson White, by and through his Counsel, Rachel Julagay, Assistant Federal Defender, and the Federal Defenders of Montana, received additional discovery bate stamped with Government numbers 819 to 902.

RESPECTFULLY SUBMITTED this 5th day of June, 2019.

/s/ Rachel Julagay

1

# CERTIFICATE OF SERVICE
## L.R. 5.2(b)

I hereby certify that on June 5, 2019, a copy of the foregoing document was served on the following persons by the following means:

| | |
|---|---|
| 1,2 | CM-ECF |
| ___ | Hand Delivery |
| 3 | Mail |
| ___ | Overnight Delivery Service |
| ___ | Fax |
| ___ | E-Mail |

1. CLERK, UNITED STATES DISTRICT COURT

2. RYAN G. WELDON
   KARLA E. PAINTER
   United States Attorney's Office
   Assistant United States Attorney
      Counsel for the United States of America

3. WILLARD WILSON WHITE
      Defendant


/s/ Rachel Julagay