# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br> vs. <br><br> WILLARD WHITE, <br><br> Defendant. | Case No. CR-18-97-GF-BMM <br><br> **ORDER** |

**IT IS HEREBY ORDERED** that the Clerk of Court's Office is ordered to accept restitution payments from the Defendant, prior to the Defendant's Sentencing Hearing set for September 25, 2019

DATED this 9th day of August, 2019.

_____
Brian Morris
United States District Court Judge