# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-18-97-GF-BMM |
| Plaintiff, | |
| vs. | ORDER |
| WILLARD WILSON WHITE III, | |
| Defendant. | |

Defendant Willard Wilson White III, having filed a Motion to Continue the Sentencing Hearing, the Government having no objection and good cause appearing;

IT IS HEREBY ORDERED that the Sentencing Hearing, presently scheduled for Wednesday, September 25, 2019, at 1:30 p.m., shall be continued to Wednesday, October 9, 2019 at 11:00 a.m. before the undersigned.

IT IS FURTHER HEREBY ORDERED that the Sentencing Memoranda are due, October 2, 2019.

DATED this 23rd day of August, 2019.

_____
Brian Morris
United States District Court Judge